174 A.3d 516

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JACQUIM LOVELY, A/K/A JACQUIN LOVLEY, YASIM ANDERSON, DEFENDANT-PETITIONER.

C–157 September Term 2017
079341

October 16, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004025–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

174 A.3d 517

KEVIN ALEXANDER, APPELLANT-PETITIONER, v. NEW JERSEY DEPARTMENT OF CORRECTIONS, RESPONDENT-RESPONDENT.

C–143 September Term 2017
079491

October 16, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002081–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.